UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:21-cv-00322-FDW-DCK

| | |
|---|---|
| MARNIE ROBINSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BSI SOLUTIONS, INC. *et al.*, )<br>)<br>Defendants. )<br>) | ORDER |

THIS MATTER is before the Court *sua sponte* concerning the status of this case. This Court previously entered a show cause order directing Plaintiff to SHOW CAUSE by December 8, 2021, why the complaint against Defendants should not be dismissed for failure to prosecute. See (Doc. No. 4). Plaintiff was cautioned that failure to timely respond would result in dismissal of the complaint against Defendants for failure to prosecute. Id. Plaintiff failed to respond by December 8, 2022, and has not otherwise submitted any other pleading in prosecution of her case.

IT IS THEREFORE ORDERED that for the reasons stated in the Show Cause Order, (Doc. No. 4), as well as Plaintiff's failure to timely respond to that Order, this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Signed: April 28, 2022

Frank D. Whitney
United States District Judge